JAMIESON *v.* CHICAGO TITLE & TRUST CO.
ET AL.

No. 545.   Decided January 7, 1963.

*Charles W. Jamieson,* appellant, *pro se.*

*Daniel S. Wentworth* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

VOLTAGGIO *v.* CAPUTO, COUNTY CLERK OF ESSEX COUNTY, NEW JERSEY, ET AL.

No. 559.   Decided January 7, 1963.

*Abraham I. Harkavy* for appellant.

*Howard W. Hayes* for appellee Caputo.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed as moot.